## United States Bankruptcy Court
### District of Minnesota

In re   **Creative Stars Academy, LLC**

Debtor(s)

Case No.   **25-33151**

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Creative Stars Academy, LLC**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**10/06/2025**

Date

**s/ Jeffrey Butwinick**

**Jeffrey Butwinick**
Signature of Attorney or Litigant
Counsel for   **Creative Stars Academy, LLC**
**Bar Number: 0342208**
**Butwinick Law Office**
**7800 Metro Parkway 300**
**Minneapolis, MN 55425**
**Phone: (651) 210-5055**
**Email: jeff@butwinicklaw.com**