**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Creative Stars Academy, LLC                   Bankruptcy No. 25-33151

                                                     Chapter 11 Case
                    Debtor

---

**SUBCHAPTER V STATUS REPORT**

---

In accordance with 11 U.S.C. § 1188(c), Creative Stars Academy, LLC (the "Debtor") submits this report detailing efforts undertaken—and ongoing—to attain a consensual plan of reorganization.

**A. Overview of the Debtor's Business**

The Owner of the Debtor is Jillaine Merten.  Due to the challenges of COVID, combined with an extreme mold issue at one of its locations, the debtor fell behind on tax withholding obligations.  The taxing authorities began levying the debtor's monthly revenue from the state of Minnesota's Child Care Assistance Program and Childcare Employee Compensation Program.  The revenue from these programs accounted for a significant portion of the debtor's monthly income.

Facing severe cash shortages and in a desperate financial condition, the debtor procured several loans from Merchant Cash Advance Lenders ("MCA"), including Fora Financial Business Loans, LLC, Mint Funding, Inc., Fund Now, LLC, Finpoint Funding, LLC and Avanza Capital Holding, LLC.  MCA's operate in the alternative finance space, often issuing high-risk merchant cash advances with effective interest rates frequently exceeding 50% to 150% APR, and employing aggressive collection tactics that have drawn widespread criticism

1

and regulatory scrutiny for being predatory in nature. Such terms, when imposed on small businesses with limited access to capital, reflect characteristics commonly associated with merchant cash advance schemes that function more like high-interest, short-term traps than bona fide commercial loans.

The Debtor believes that, through reorganization, it can address its financial challenges and continue to provide exceptional childcare services to its clients.  The Debtor has invested substantial capital in establishing its business. The loss of the business would cause irreparable harm to the Debtor's creditors, employees and interest holders.

### B. Procedural Status

- Petition Date: October 3, 2025

- Subchapter V Trustee: Steven B. Nosek

- Status Conference: November 13, 2025 at 10:00 AM, Courtroom 2B, St. Paul

- The Court previously entered an Interim Orders Authorizing Use of Cash Collateral and Granting Adequate Protection on October 8, 2025 and October 15, 2025. A final hearing on cash collateral is scheduled for November 14, 2025.

### C. Operations Since Filing

The Debtor continues to operate as debtor-in-possession. The Debtor's bi-weekly payroll was timely funded following interim approval to use cash collateral, preserving workforce continuity and childcare licensure compliance. Enrollment levels remain steady, and both centers are open and fully staffed.  Debtor is evaluating whether to keep both locations open or consolidate operations to the Kasson location.  Debtor is also working to replace students that left the business while the taxing authorities were levying the debtor's monthly revenue from the state of Minnesota's Child Care Assistance Program and Childcare Employee Compensation Program.

The Debtor had to deal with aggressive MCA collection tactics since filing.  Cease and desist letters

2

were served upon Mint Funding, Inc., Fund Now, LLC, Finpoint Funding, LLC and Avanza Capital Holding, LLC.  Several of the MCA lenders served lien notices on the Debtor's primary merchant services provider, hindering cash flow and business operations.

### D. Cash Collateral

The Debtor's cash collateral consisted of approximately **$15,039** on the petition date.

### E. Plan Development and Prospects

The Debtor is drafting a Subchapter V Plan of Reorganization and intends to file it on or before December 2, 2025

Key plan components under consideration:

- Treatment of MCA lenders as unsecured creditors consistent with collateral valuation;

- Consolidation and cure of payroll-tax arrears over the plan term;

- Preservation of childcare operations and continued employment of approximately 30 staff members; and

- Expected plan funding from ongoing operations and receivables from state childcare programs.

The Debtor anticipates that the plan will yield a greater recovery than liquidation, satisfying the best-interests test of §1129(a)(7).

### F. Anticipated Issues and Next Steps

1. Verification of tax claim amounts with Minnesota Department of Revenue and IRS.

2. Resolution of Rochester location.

3. Submission of monthly operating reports.

4. Continuation of employee wage stability.

### G. Conclusion

Creative Stars Academy, LLC has stabilized post-petition operations, met employee-payroll obligations, and maintained insurance and licensing compliance. The Debtor is working cooperatively with the Subchapter V

Trustee toward confirmation of a feasible plan by year-end 2025.

Dated: November 11, 2025

**BUTWINICK LAW OFFICE**

**/e/ Jeffrey H. Butwinick**
Jeffrey H. Butwinick, #342208
7800 Metro Parkway, Suite 300
Bloomington, MN 55425
p. 651-210-5055
f. 651-560-7135
jeff@butwinicklaw.com

Attorney for Debtor