**Fill in this information to identify the case:**

Debtor Name Creative Stars Academy, LLC

United States Bankruptcy Court for the: District of Minnesota

Case number: 25-33151

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: November

Date report filed: 11/21/2025
MM / DD / YYYY

Line of business: Childcare

NAISC code: 624410

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jillaine Mertens

Original signature of responsible party /s/ Jillaine Mertens

Printed name of responsible party Jillaine Mertens

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Creative Stars Academy, LLC _____   Case number 25-33151 _____

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ 15,039.00

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $ 91,890.00

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   – $ 87,868.00

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $ 4,022.00

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

   = $ 19,061.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   $ 2,547.00

   *(Exhibit E)*

Debtor Name Creative Stars Academy, LLC                                        Case number 25-33151

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                              $ _____688.00_____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          33

27. What is the number of employees as of the date of this monthly report?             24

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____0.00_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00_____

30. How much have you paid this month in other professional fees?                      $ _____0.00_____

31. How much have you paid in total other professional fees since filing the case?     $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ 91,890.00 | = | $ 0.00 |
| 33. **Cash disbursements** | $ _____ | − | $ 87,868.00 | = | $ 0.00 |
| 34. **Net cash flow** | $ _____ | − | $ 4,030.00 | = | $ 0.00 |

35. Total projected cash receipts for the next month:                                  $ 74,138.00

36. Total projected cash disbursements for the next month:                             − $ 69,965.00

37. Total projected net cash flow for the next month:                                  = $ 4,173.00

Debtor Name  Creative Stars Academy, LLC                                    Case number 25-33151

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print        Save As...                                                              Reset

**Exhibits A, B, E & F**

Exhibit A

3. Cash flow was interrupted due to post petition collection activity in the form of liens place on the debtor's Merchant Processer vendor.

Exhibit B

10. We've experienced challenges establishing a DIP checking account.  Still waiting for checks and debit card.

Exhibit E

Outstanding bills for garbage, internet, payroll processor, web hosting.

Exhibit F

Outstanding tuition owed by two parents of children under care.



# BREMER BANK

PO Box 1000
Lake Elmo, MN 55042-1000

**CREATIVE STARS ACADEMY**
**1835 19TH AVE NW**
**ROCHESTER MN 55901**

Last statement: September 30, 2025
This statement: October 19, 2025
Total days in statement period: 19

Page 1 of 5

( 0)

Direct inquiries to:
Your Local Branch or, 800-908-Bank (2265)

Bremer Bank National Association
372 St Peter St
St Paul MN 55102

*THIS STATEMENT INCLUDES BREMER BANK ACCOUNT INFORMATION THROUGH OCTOBER 17, 2025. YOUR NEXT STATEMENT WILL BE FROM OLD NATIONAL BANK. IF YOU HAVE ANY QUESTIONS, PLEASE CALL 855-682-3232.*

## Community Business W/Interest

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | $1,309.41 |
| Low balance | $208.31 | Total additions | 69,069.54 |
| Average balance | $3,255.33 | Total subtractions | 57,731.85 |
| Avg collected balance | $3,136 | Ending balance | $12,647.10 |
| Interest paid year to date | $0.29 | | |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 10020 | 10-16 | 57.00 | | | |

## DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 10-01 | ' POS Purchase<br>POS PURCHASE TERMINAL 00009920 WALMART.COM 800925<br>6278 BENTONVIL AR XXXXXXXXXXXX5416 09-29-25 4:45 PM | 112.68 |
| 10-01 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 15270215 UBER *TRIP HELP.UB<br>ER.C 800592899 CA XXXXXXXXXXXX5416 09-30-25 12:00 AM | 7.62 |
| 10-01 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55483825 SAMSCLUB.COM<br>888-746-7 AR XXXXXXXXXXXX5416 09-29-25 12:00 AM | 154.93 |

CREATIVE STARS ACADEMY
October 19, 2025

Page 2 of 5
XXXXX

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 10-01 | ' POS Purchase | 294.12 |
| | MERCHANT PURCHASE TERMINAL 82711165 WBBA_ | |
| | WAYZATA MN XXXXXXXXXXXX5416 09-30-25 12:00 AM | |
| 10-01 | ' POS Purchase | 309.50 |
| | MERCHANT PURCHASE TERMINAL 82711165 WBBA_ | |
| | WAYZATA MN XXXXXXXXXXXX5416 09-30-25 12:00 AM | |
| 10-01 | ' ACH Withdrawal | 37.70 |
| | Autobooks, Inc. WEB PMTS 251001 | |
| 10-02 | ' POS Purchase | 40.67 |
| | POS PURCHASE TERMINAL 00000101 AMAZON.COM*NJ80E65 | |
| | U2 SEATTLE WA XXXXXXXXXXXX5416 10-01-25 6:12 PM | |
| 10-02 | ' POS Purchase | 215.24 |
| | POS PURCHASE TERMINAL 00000000 AMAZON.COM*NJ0L73Q | |
| | P2 SEATTLE WA XXXXXXXXXXXX5416 10-02-25 7:01 AM | |
| 10-02 | ' POS Purchase | 7.35 |
| | MERCHANT PURCHASE TERMINAL 82117555 PREMIUM PARKING | |
| | NEW ORLEA LA XXXXXXXXXXXX5416 10-01-25 12:00 AM | |
| 10-02 | ' POS Purchase | 122.43 |
| | MERCHANT PURCHASE TERMINAL 55483825 SAMSCLUB.COM | |
| | 888-746-7 AR XXXXXXXXXXXX5416 09-30-25 12:00 AM | |
| 10-02 | ' ACH Withdrawal | 11.44 |
| | Autobooks, Inc. WEB PMTS 251002 | |
| 10-02 | ' ACH Withdrawal | 4,870.42 |
| | CREATIVESTARS PAYROLL 251002 | |
| 10-03 | ' Transfer Debit | 12,939.64 |
| | TRANSFER TO DEPOSIT ACCOUNT XXXXXXX7545 | |
| 10-03 | ' POS Purchase | 182.00 |
| | MERCHANT PURCHASE TERMINAL 52708285 BOOST MOBILE | |
| | ENGLEWOOD CO XXXXXXXXXXXX5416 10-02-25 12:00 AM | |
| 10-03 | ' POS Purchase | 189.32 |
| | MERCHANT PURCHASE TERMINAL 55432865 COSTCO ONLINE RX | |
| | 800-955-2 WA XXXXXXXXXXXX5416 10-02-25 12:00 AM | |
| 10-03 | ' ACH Withdrawal | 198.10 |
| | Autobooks, Inc. WEB PMTS 251003 | |
| 10-06 | ' POS Purchase | 1,738.00 |
| | MERCHANT PURCHASE TERMINAL 05134375 COURTS/USBC-MN-PAY | |
| | MINNEAPOL MN XXXXXXXXXXXX5416 10-03-25 12:00 AM | |
| 10-06 | ' ACH Withdrawal | 14.74 |
| | Autobooks, Inc. WEB PMTS 251006 | |
| 10-07 | ' ACH Withdrawal | 2.79 |
| | Autobooks, Inc. WEB PMTS 251007 | |
| 10-07 | ' ACH Withdrawal | 3.28 |
| | Autobooks, Inc. WEB PMTS 251007 | |
| 10-07 | ' ACH Withdrawal | 13.02 |
| | Autobooks, Inc. WEB PMTS 251007 | |
| 10-08 | ' POS Purchase | 145.51 |
| | POS PURCHASE TERMINAL 00009920 WALMART.COM 800925 | |
| | 6278 BENTONVIL AR XXXXXXXXXXXX5416 10-03-25 5:35 PM | |

CREATIVE STARS ACADEMY

October 19, 2025

Page 3 of 5

XXXXX

| Date | Description | Subtractions |
|---|---|---|
| 10-08 | ' ACH Withdrawal | 45.28 |
| | Autobooks, Inc. WEB PMTS 251008 | |
| 10-09 | ' POS Purchase | 12.85 |
| | MERCHANT PURCHASE TERMINAL 51043235 VENMO *LORI WYTASK | |
| | E 855812443 NY XXXXXXXXXXXX5416 10-08-25 12:00 AM | |
| 10-09 | ' POS Purchase | 20.00 |
| | MERCHANT PURCHASE TERMINAL 51043235 VENMO *JACIE DUBLI | |
| | N 855812443 NY XXXXXXXXXXXX5416 10-08-25 12:00 AM | |
| 10-09 | ' ACH Withdrawal | 59.22 |
| | Autobooks, Inc. WEB PMTS 251009 | |
| 10-09 | ' ACH Withdrawal | 9,160.49 |
| | CREATIVESTARS PAYROLL 251009 | |
| 10-10 | ' Transfer Debit | 1,561.00 |
| | TRANSFER TO DEPOSIT ACCOUNT XXXXXXX7545 | |
| 10-10 | ' Transfer Debit | 14,440.00 |
| | TRANSFER TO DEPOSIT ACCOUNT XXXXXXX7545 | |
| 10-10 | ' POS Purchase | 38.27 |
| | MERCHANT PURCHASE TERMINAL 05436845 CASEYS #3485 | |
| | MEDINA MN XXXXXXXXXXXX5416 10-08-25 12:00 AM | |
| 10-10 | ' ACH Withdrawal | 196.21 |
| | Autobooks, Inc. WEB PMTS 251010 | |
| 10-14 | ' POS Purchase | 126.95 |
| | POS PURCHASE TERMINAL 00000101 AMAZON.COM*NF2X65Y | |
| | P0 SEATTLE WA XXXXXXXXXXXX5416 10-10-25 7:25 PM | |
| 10-14 | ' ACH Withdrawal | 28.42 |
| | Autobooks, Inc. WEB PMTS 251014 | |
| 10-15 | ' POS Purchase | 201.99 |
| | MERCHANT PURCHASE TERMINAL 05436845 WALMART.COM 800925 | |
| | 6278 BENTONVIL AR XXXXXXXXXXXX5416 10-13-25 12:00 AM | |
| 10-15 | ' ACH Withdrawal | 17.80 |
| | Autobooks, Inc. WEB PMTS 251015 | |
| 10-16 | ' Transfer Debit | 500.00 |
| | TRANSFER TO DEPOSIT ACCOUNT XXXXXXX0084 | |
| 10-16 | ' Transfer Debit | 1,750.00 |
| | TRANSFER TO DEPOSIT ACCOUNT XXXXXXX7545 | |
| 10-16 | ' Account Analysis Fee | 148.12 |
| | ANALYSIS ACTIVITY FOR 09/25 | |
| 10-16 | ' ACH Withdrawal | 40.45 |
| | Autobooks, Inc. WEB PMTS 251016 | |
| 10-16 | ' ACH Withdrawal | 6,414.58 |
| | CREATIVESTARS PAYROLL 251016 | |
| 10-17 | ' Transfer Debit | 1,000.00 |
| | TRANSFER TO DEPOSIT ACCOUNT XXXXXXX0084 | |
| 10-17 | ' POS Purchase | 4.28 |
| | MERCHANT PURCHASE TERMINAL 55432865 Prime Video *NM1WU | |
| | 8AH2 888-802-3 WA XXXXXXXXXXXX5416 10-16-25 12:00 AM | |

CREATIVE STARS ACADEMY

October 19, 2025

Page 4 of 5

XXXXX█████

| Date | Description | Subtractions |
|---|---|---|
| 10-17 | ' POS Purchase | 104.19 |
|  | MERCHANT PURCHASE TERMINAL 55483825 SAMSCLUB.COM |  |
|  | 888-746-7 AR XXXXXXXXXXXX5416 10-16-25 12:00 AM |  |
| 10-17 | ' ACH Withdrawal | 194.25 |
|  | Autobooks, Inc. WEB PMTS 251017 |  |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 10-01 | Deposit | 43.00 |
| 10-01 | Deposit | 1,182.00 |
| 10-01 | ' ACH Deposit | 1,080.00 |
|  | AUTOBOOKS Funds Disb 251001 |  |
|  | 26502620026125 |  |
| 10-02 | ' Transfer Credit | 50.00 |
|  | TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX7545 |  |
| 10-02 | ' Transfer Credit | 2,400.00 |
|  | TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX7545 |  |
| 10-02 | ' ACH Deposit | 328.00 |
|  | AUTOBOOKS Funds Disb 251002 |  |
|  | 26502621448823 |  |
| 10-03 | ' Transfer Credit | 2,000.00 |
|  | TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX7545 |  |
| 10-03 | ' ACH Deposit | 13,301.75 |
|  | AUTOBOOKS Funds Disb 251003 |  |
|  | 26502623003824 |  |
| 10-06 | Deposit | 515.00 |
| 10-06 | ' ACH Deposit | 677.10 |
|  | AUTOBOOKS Funds Disb 251006 |  |
|  | 26502624565524 |  |
| 10-07 | Deposit | 405.00 |
| 10-07 | ' ACH Deposit | 547.00 |
|  | AUTOBOOKS Funds Disb 251007 |  |
|  | 26502626249127 |  |
| 10-08 | ' ACH Deposit | 1,604.00 |
|  | AUTOBOOKS Funds Disb 251008 |  |
|  | 26502627850329 |  |
| 10-08 | ' Interest Credit | 0.02 |
| 10-09 | ' Transfer Credit | 3,400.00 |
|  | TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX7545 |  |
| 10-09 | Deposit | 1,400.00 |
| 10-09 | ' ACH Deposit | 2,108.00 |
|  | AUTOBOOKS Funds Disb 251009 |  |
|  | 26502629260717 |  |
| 10-10 | ' Transfer Credit | 130.00 |
|  | TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX7545 |  |
| 10-10 | ' Transfer Credit | 1,780.00 |
|  | TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX7545 |  |

CREATIVE STARS ACADEMY                                                Page 5 of 5
October 19, 2025                                                      XXXXXX▮▮▮

| Date | Description | Additions |
|---|---|---|
| 10-10 | ' ACH Deposit | 13,238.75 |
| | AUTOBOOKS Funds Disb 251010 | |
| | 26502630703226 | |
| 10-14 | Deposit | 43.00 |
| 10-14 | ' ACH Deposit | 1,069.10 |
| | AUTOBOOKS Funds Disb 251014 | |
| | 26502632077819 | |
| 10-15 | Deposit | 790.00 |
| 10-15 | ' ACH Deposit | 510.00 |
| | AUTOBOOKS Funds Disb 251015 | |
| | 26502633723528 | |
| 10-16 | ' Transfer Credit | 5,290.00 |
| | TRANSFER FROM DEPOSIT ACCOUNT XXXXXXX7545 | |
| 10-16 | ' ACH Deposit | 2,062.00 |
| | AUTOBOOKS Funds Disb 251016 | |
| | 26502635372217 | |
| 10-17 | ' ACH Deposit | 13,115.75 |
| | AUTOBOOKS Funds Disb 251017 | |
| | 26502636766227 | |
| 10-19 | ' Interest Credit | 0.07 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 1,309.41 | 10-07 | 2,373.27 | 10-15 | 2,392.15 |
| 10-01 | 2,697.86 | 10-08 | 3,786.50 | 10-16 | 834.00 |
| 10-02 | 208.31 | 10-09 | 1,441.94 | 10-17 | 12,647.03 |
| 10-03 | 2,001.00 | 10-10 | 355.21 | 10-19 | 12,647.10 |
| 10-06 | 1,440.36 | 10-14 | 1,311.94 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Bremer Bank National Association*

# IMPORTANT INFORMATION ABOUT YOUR STATEMENT

Please examine this statement immediately. Because you are in the best position to discover any problem, you agree to promptly examine your statement and report to us any problem on or related to your statement. We also recommend reviewing your transactions online every few days, including deposits, ATM withdrawals, recurring payments and debit card transactions.  If you notice a questionable check or charge amount, contact us to resolve the issue as soon as possible. We will assume everything is correct unless you notify us in writing of any disagreement within 30 calendar days after we mail the statement, email the statement or make the statement available to you online.

**SPECIAL RULE FOR CREDIT CARD PURCHASES** (including debit card purchases authorized with a signature and are not PIN-based): If you have any issues with the quality of goods or services that you purchased with a credit card, or a debit card utilizing your signature to authorize the transaction, and have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. This protection applies only when the purchase price of goods or services exceeds $50.00 and the purchase was made in your home state or within 100 miles of your mailing address. If we own or operate the merchant, or if we communicated via mail the property or services, all purchases are protected regardless of amount or location of purchase.

**ERROR RESOLUTION NOTICE FOR DEPOSIT ACCOUNTS**
If you think your statement or receipt is wrong, if you need more information about a transfer listed on the statement or receipt, or in case of any errors or questions about your electronic transfers, contact us as soon as possible in one of the following ways:
● Call us at 800-908-2265, or
● Write to us on a separate sheet of paper at the address shown on your statement, or
● Send us a secure message in Online Banking

We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. In your communication, provide the following information:
1) Your name and account number (if any);
2) The dollar amount of the suspected error;
3) A description of the error or transfer. Explain, if you can, why you believe there is an error. If you need more information, describe the item about which you are unsure.

If you tell us orally, we may require that you send us your inquiry in writing within ten (10) business days. We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) business days, we may not credit your account.

For errors involving new accounts, point-of-sale or foreign-initiated transactions: We may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error. We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Member FDIC. Rev. 0924

# OLD NATIONAL BANK®

**P. O. Box 718**
**Evansville, IN 47705**

**ACCESS BUSINESS BANKING**

| ACCOUNT INFORMATION | |
|---|---|
| **DATE** | **10/31/2025** |
| **ACCOUNT NUMBER** | **XXXXXX** |

00004015 FP264311012511061800 07 000000000 0189829 006

PAGE 1 OF 5

CREATIVE STARS ACADEMY LLC
1835 19TH AVE NW
ROCHESTER MN 55901

### CLIENT CARE CONTACT INFORMATION

 **Client Care:** 800-731-2265

**Visit us Online:** www.oldnational.com

**Written Inquiries:** P. O. Box 419
Evansville, IN 47703

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Statement Balance | 10/19/2025 | $12,647.10 |
| Deposits/Credits | 16 | $23,160.46 |
| Withdrawals/Debits | 39 | -$32,559.27 |
| Total Service Charges | | $0.00 |
| Interest Paid | | $0.00 |
| Current Statement Balance | 10/31/2025 | $3,248.29 |
| Days in Statement Period | 12 | |

## OVERDRAFT CHARGES SUMMARY

| | THIS CYCLE | YEAR TO DATE 2025 |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## DEPOSITS AND OTHER CREDITS

| DATE | TRACER | TRANSACTION DESCRIPTIONS | | AMOUNT |
|---|---|---|---|---|
| 10/20 | 1293 | AUTOBOOKS | Funds Disb | $837.10 |
| | | Autobooks, Inc | | |
| 10/21 | 2100000 | DEPOSIT | | $320.00 |
| 10/21 | 1294 | AUTOBOOKS | Funds Disb | $94.00 |
| | | Autobooks, Inc | | |
| 10/22 | 1295 | ELV - BRIGHTWHEE TRANSFER | | $1,080.00 |
| | | JILLAINE ANN MERTENS | | |
| 10/22 | 1295 | ELV - BRIGHTWHEE TRANSFER | | $699.00 |
| | | JILLAINE MERTENS | | |
| 10/22 | 104 | CRD RTN 268557 5416 | | $41.77 |
| | | SAMSCLUB.C 655000 | | |
| | | 888-746-7726 AR 608 SW 8TH ST | | |


**Member FDIC**  Equal Housing Lender

**www.oldnational.com**

If checkbox is balanced if line A agrees with line B.

| | |
|---|---|
| Enter your checkbook balance | |
| **Add** Interest credited and other deposits shown on this statement, but not previously entered in your checkbook | |
| Subtotal | |
| **Subtract** service charge and other deductions shown on this statement, but not previously entered in your checkbook | |
| Subtotal | |
| **A** Adjusted checkbook balance | |
| Enter the current balance from this statement | |
| **Add** deposits entered in your checkbook, but not shown on this statement | |
| Subtotal | |

| Check No. | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Subtract** checks and withdrawals entered in your checkbook, but not shown on this statement

| | |
|---|---|
| Subtotal | |
| **B** Adjusted statement balance | |

**If your adjusted checkbook and bank statement balance do not agree:**

1. Review last month's statement to make sure any differences were corrected.
2. Check additions and subtractions in your checkbook.
3. Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.
4. Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.
5. Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.

**How Finance Charge is Calculated**
If this statement includes billing information regarding a personal line of credit for consumer use, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances. To get daily balances, we take the beginning balance of your account each day, add any new loans or charges and subtract any payments or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge. If there is only one (1) daily periodic rate during the statement period, the finance charge may also be verified by multiplying the average daily balance by the number of days in the statement period and multiplying the result by the applicable daily periodic rate. If your line of credit has a variable rate feature, the rate used to calculate your finance charge may vary as described in the disclosure provided to you initially. Payments received during regular hours on business days at all of our full-service offices will be credited on the same business day. Payments received at other locations or after regular business hours will be credited on the next business day.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a summary of Your Billing Rights)**
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at P.O. Box 419, Evansville, IN 47703. We must hear from us no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. However, charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount. We can apply any unpaid amount against your credit limit.

If you have authorized us to pay your minimum monthly payment automatically by charging your deposit account with us, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur.

**In Case of Errors or Questions About Electronic Transfers**
Please call 1-800-731-2265 or write us at P.O. Box 419, Evansville, IN 47703 as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer on this statement or on a receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error and transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us verbally, we may request that you send us your complaint or question in writing within 10 business days. We will investigate your complaint and correct any error promptly. If we take more than 10 business days (20 days for new account transactions) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not recredit your account. Our investigation will take no longer than 45 business days to complete (90 days for point-of-sale, foreign debit card or new account transactions.)

If we decide that there was no error, we will send you a written explanation within 3 business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

**In Case of Irregularities Identified on This Statement**
You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. We will not be liable for any error, any check that is altered or counterfeit, any signature that is forged or unauthorized transaction unless you notify us in writing within thirty (30) calendar days after we make the statement available to you. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you timely notify us in writing.

00004015 0766611 0000-0005 FP2643110125110618 00 07 L 00189829

# OLD NATIONAL BANK®

**P. O. Box 718**
**Evansville, IN 47705**

**ACCESS BUSINESS BANKING**

| ACCOUNT INFORMATION | |
|---|---|
| **DATE** | **10/31/2025** |
| **ACCOUNT NUMBER** | **XXXXXX** |

PAGE 2 OF 5

| DEPOSITS AND OTHER CREDITS (continued) | | | |
|---|---|---|---|
| **DATE** | **TRACER** | **TRANSACTION DESCRIPTIONS** | **AMOUNT** |
| 10/23 | 1296 | ELV - BRIGHTWHEE TRANSFER<br>JILLAINE MERTENS | $9,066.00 |
| 10/23 | 1296 | ELV - BRIGHTWHEE TRANSFER<br>JILLAINE ANN MERTENS | $3,167.75 |
| 10/23 | 2300000 | DEPOSIT | $1,715.00 |
| 10/24 | 1297 | ELV - BRIGHTWHEE TRANSFER<br>JILLAINE ANN MERTENS | $1,381.10 |
| 10/24 | 1297 | ELV - BRIGHTWHEE TRANSFER<br>JILLAINE MERTENS | $1,071.00 |
| 10/27 | 1300 | ELV - BRIGHTWHEE TRANSFER<br>JILLAINE MERTENS | $1,050.00 |
| 10/28 | 1301 | ELV - BRIGHTWHEE TRANSFER<br>JILLAINE MERTENS | $192.74 |
| 10/29 | 2900000 | DEPOSIT | $1,352.00 |
| 10/30 | 3000000 | DEPOSIT | $1,050.00 |
| 10/31 | 3100000 | DEPOSIT | $43.00 |

| WITHDRAWALS AND OTHER DEBITS | | | |
|---|---|---|---|
| **DATE** | **TRACER** | **TRANSACTION DESCRIPTIONS** | **AMOUNT** |
| 10/20 | 246 | TELEPHONE TRANSFER TO<br>CK ACCOUNT 253537545 | -$4,078.00 |
| 10/20 | 1293 | Autobooks, Inc.  WEB PMTS<br>Creative Stars Academy | -$20.32 |
| 10/21 | 23 | CARD PURCHASE 5416<br>HOLIDAY STATIONS 3810<br>742895 CLEARWATER     MN | -$47.27 |
| 10/21 | 110 | CRD PUR 272473 5416<br>WMT PLUS O 655000<br>8009666546 AR BENTONVILLE AR | -$6.95 |
| 10/21 | 110 | CRD PUR 102125337626 8207<br>CANVA* I04 758370<br>CAMDEN DE CANVA* I04676-61 | -$30.00 |
| 10/21 | 1294 | Autobooks, Inc.  WEB PMTS<br>Creative Stars Academy | -$3.28 |
| 10/22 | 104 | CRD PUR 815130 5416<br>WALMART.CO 655000<br>BENTONVILLE AR 702 SW 8TH ST | -$13.75 |

# OLD NATIONAL BANK®

**P. O. Box 718**
**Evansville, IN 47705**

| | ACCESS BUSINESS BANKING |
|---|---|

| ACCOUNT INFORMATION | |
|---|---|
| **DATE** | **10/31/2025** |
| **ACCOUNT NUMBER** | **XXXXX** |

| WITHDRAWALS AND OTHER DEBITS (continued) | | | |
|---|---|---|---|
| **DATE** | **TRACER** | **TRANSACTION DESCRIPTIONS** | **AMOUNT** |
| 10/22 | 104 | CRD PUR 938966 8207 | -$14.10 |
| | | Adobe 655000 | |
| | | San Jose CA Park Avenue | |
| 10/22 | 104 | CRD PUR 102225127879 8207 | -$36.75 |
| | | CANVA* I04 758370 | |
| | | CAMDEN DE CANVA* I04677-42 | |
| 10/22 | 104 | CRD PUR 529519673371 8207 | -$25.98 |
| | | LOWE'S #19 758050 | |
| | | PLYMOUTH MN 3205 VICKSBURG LAN | |
| 10/23 | 94 | INT TXFR TO DD XXXXXXXX1229 | -$11,114.64 |
| | | ACH PREFUND | |
| 10/23 | 1296 | AUTOBOOKS      Funds Disb | -$350.00 |
| | | Autobooks, Inc | |
| 10/27 | 93 | CRD PUR 966666 5416 | -$32.55 |
| | | Adobe 655000 | |
| | | San Jose CA Park Avenue | |
| 10/27 | 93 | CRD PUR 287637 5416 | -$0.85 |
| | | West Luthe 655000 | |
| | | Plymouth MN 121 S 13TH STREET | |
| 10/27 | 93 | CRD PUR 555541 5416 | -$28.00 |
| | | West Luthe 655000 | |
| | | Plymouth MN 121 S 13TH STREET | |
| 10/28 | 120 | CRD PUR 102703430195 8207 | -$146.29 |
| | | Walmart.co 758370 | |
| | | Bentonville AR Walmart.com | |
| 10/28 | 120 | CRD PUR 201118 8207 | -$148.66 |
| | | CUB FOODS 655000 | |
| | | PLYMOUTH MN 3550 VICKSBURG LN | |
| 10/28 | 120 | CRD PUR 241446 8207 | -$1,054.88 |
| | | HY-VEE ROC 655000 | |
| | | ROCHESTER MN 1315 6TH ST NW | |
| 10/28 | 120 | CRD PUR 5C63GBDCMFUF 8207 | -$30.24 |
| | | AMAZON.COM 758370 | |
| | | SEATTLE WA AMAZON.COM | |
| 10/28 | 120 | CRD PUR 102710114385 8207 | -$40.34 |
| | | Walmart.co 758370 | |
| | | Bentonville AR Walmart.com | |

# OLD NATIONAL BANK®

**P. O. Box 718**
**Evansville, IN 47705**

| ACCESS BUSINESS BANKING |
|---|

| ACCOUNT INFORMATION | |
|---|---|
| DATE | **10/31/2025** |
| ACCOUNT NUMBER | **XXXXX** |

PAGE 4 OF 5

| WITHDRAWALS AND OTHER DEBITS (continued) | | | |
|---|---|---|---|
| DATE | TRACER | TRANSACTION DESCRIPTIONS | AMOUNT |
| 10/28 | 120 | CRD PUR 5BR0791R2UHG 8207<br>AMAZON.COM 758370<br>SEATTLE WA AMAZON.COM | -$35.42 |
| 10/28 | 120 | CRD PUR 6UMBS3TOIXGT 8207<br>AMAZON.COM 758370<br>SEATTLE WA AMAZON.COM | -$140.60 |
| 10/29 | 104 | CRD PUR 598645 8207<br>WMT PLUS O 655000<br>WALMART.COM AR 702 SW 8TH STRE | -$14.00 |
| 10/29 | 104 | CRD PUR 252130 8207<br>SAMSCLUB.C 655000<br>888-746-7726 AR 608 SW 8TH ST | -$166.21 |

| CHECKS | | | | | |
|---|---|---|---|---|---|
| CHECK NUMBER | DATE | AMOUNT | CHECK NUMBER | DATE | AMOUNT |
| 10022 | 10/27 | $1,247.35 | 10031 | 10/29 | $822.39 |
| 10023 | 10/27 | $1,312.21 | 10032 | 10/27 | $1,198.28 |
| 10024 | 10/27 | $284.39 | 10033 | 10/27 | $735.04 |
| 10025 | 10/27 | $1,239.47 | 10035 * | 10/30 | $361.11 |
| 10026 | 10/27 | $1,473.60 | 10036 | 10/27 | $827.55 |
| 10027 | 10/27 | $241.75 | 10037 | 10/27 | $363.44 |
| 10029 * | 10/27 | $2,577.46 | 10039 * | 10/28 | $1,868.60 |
| 10030 | 10/27 | $427.55 | | | |

\* Denotes check paid out of sequence

| DAILY BALANCE SUMMARY | | | | | |
|---|---|---|---|---|---|
| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
| 10/19 | $12,647.10 | 10/20 | $9,385.88 | 10/21 | $9,712.38 |
| 10/22 | $11,442.57 | 10/23 | $13,926.68 | 10/24 | $16,378.78 |
| 10/27 | $5,439.29 | 10/28 | $2,167.00 | 10/29 | $2,516.40 |
| 10/30 | $3,205.29 | 10/31 | $3,248.29 | | |

**OLD NATIONAL BANK**

**ACCESS BUSINESS BANKING**                                            XXXX



00004015 0766615 0005-0005 FP2643110125110618 00 07  L  00189829