**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

_____

In re:

                                             **Chapter 11**

**Creative Stars Academy, LLC,**

                                             **Bankruptcy No. 25-33151**

                **Debtor.**

**TAXID/EIN: 46-4160930**

---

### NOTICE OF HEARING ON MOTION TO DISMISS CHAPTER 11 CASE

---

TO:   The debtor, all creditors, and other parties in interest:

     Mary R. Jensen, Acting United States Trustee for Region 12 has filed a motion to dismiss the above-captioned case under 11 U.S.C. § 1112(b)(1).

     The Court will hold a hearing on this motion at 10:00 a.m. on Wednesday, January 21, 2026, in Courtroom No. 2B, at the Warren E. Burger Federal Building and U.S. Courthouse, at 316 North Robert Street, St. Paul, Minnesota 55101.

     Any response to this motion must be filed and delivered not later than Wednesday, January 14, 2026, which is seven days before the time set for the hearing. UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

Dated: _____                 CLERK OF BANKRUPTCY COURT

                               By:   _____

                                     Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

_____

In re:

                                   **Chapter 11**

**Creative Stars Academy, LLC,**

                                   **Bankruptcy No. 25-33151**

        **Debtor.**

---

## NOTICE OF HEARING AND MOTION TO DISMISS CHAPTER 11 CASE

---

TO:   The debtor, all creditors, and other parties in interest:

1. Mary R. Jensen, Acting United States Trustee for Region 12 ("UST"), through her undersigned attorney, Colin Kreuziger, gives notice of hearing and hereby moves the Court for an order dismissing this chapter 11 bankruptcy case.

2. The Court will hold a hearing on this motion at 10:00 a.m. on Wednesday, January 21, 2026, in Courtroom No. 2B, at the Warren E. Burger Federal Building and U.S. Courthouse, at 316 North Robert Street, St. Paul, Minnesota 55101.

3. Any response to this motion must be filed and delivered not later than Wednesday, January 14, 2026, which is seven days before the time set for the hearing.   UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A

HEARING.

4. For the reasons set forth in the attached memorandum of law, Mary R. Jensen, Acting United States Trustee for Region 12 ("UST") requests that Court dismiss this chapter 11 case.

Dated: December 22, 2025

MARY R. JENSEN
ACTING UNITED
STATES TRUSTEE
REGION 12

BY:   s/ Colin Kreuziger
       Colin Kreuziger
       MN Atty. No. 0386834
       Trial Attorney
       Office of U.S. Trustee
       1015 U.S. Courthouse
       300 South Fourth Street
       Minneapolis, MN 55415
       (612) 334-1360
       Colin.Kreuziger@usdoj.gov