**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re:

                                       **Chapter 11**

**Creative Stars Academy, LLC,**

                                       **Bankruptcy No. 25-33151**

         **Debtor.**

**UNSWORN DECLARATION OF NISSA ATKINSON**

I, Nissa Atkinson, declare under penalty of perjury, that:

1. I am employed as an Analyst by the United States Department of Justice. My duty station is the Office of the United States Trustee for Region 12, and it is located in Minneapolis, Minnesota.

2. Counsel for the debtor left me a voicemail on December 16, 2025, advising me that the debtor had not paid post-petition payroll taxes.

3. Counsel for the debtor informed me on December 18, 2025, that the debtor failed to pay post-petition payroll taxes. He also informed me that the debtor does not have adequate funds set aside to pay the payroll taxes.

4. The debtor's monthly operating report for October 2025 falsely states that the debtor timely filed its tax returns and timely paid its taxes. (*See* Monthly Operating Report, #44, at 1.)

Dated:  December 22, 2025                               s/ Nissa Atkinson
                                                        Nissa Atkinson