**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Creative Stars Academy, LLC       Bankruptcy No. 25-33151

                                                        Chapter 11 Case

                    Debtor

## DEBTOR'S STATUS REPORT REGARDING ADMINISTRATIVE INSOLVENCY AND INABILITY TO CONTINUE OPERATIONS

Creative Stars Academy, LLC (the "Debtor"), by and through undersigned counsel, files this Status Report to advise the Court, the Subchapter V Trustee, the United States Trustee, and parties in interest of the Debtor's current status and inability to continue operations.

**1. Financial Condition and Administrative Insolvency**

The Debtor is administratively insolvent. Available cash is insufficient to pay existing administrative expenses or to fund ongoing post-petition obligations.

**2. Payroll Taxes**

The Debtor acknowledges that post-petition payroll and employment tax obligations have accrued and have not been paid. Based on the Debtor's current financial condition, the Debtor does not have the ability to cure those obligations or to pay payroll taxes on a going-forward basis.

**3. Continued Operations Not Feasible**

Given the Debtor's administrative insolvency and inability to satisfy post-petition payroll tax obligations, the Debtor does not believe it can responsibly or lawfully continue

operations. Continued operation would result in the accrual of additional unpaid administrative obligations.

**4. Assets and Potential Claims**

The Debtor does not believe it has meaningful unencumbered assets sufficient to fund a confirmable plan or to pay administrative expenses. The Debtor acknowledges the existence of potential contingent or speculative claims, including possible tax-related claims, but is not in a position to fund pursuit of such claims.

**5. Cessation of Operations**

The Debtor has ceased all business operations. The school is no longer providing childcare services, no students are enrolled, and no revenue is being generated. The Debtor has no employees and is not continuing operations while the United States Trustee's Motion to Dismiss is pending.

**6. Anticipated Next Steps**

In light of the Debtor's administrative insolvency and inability to comply with post-petition tax obligations, and in light of the Motion to Dismiss filed by the United States Trustee pursuant to 11 U.S.C. § 1112(b), the Debtor does not anticipate proposing a plan of reorganization or liquidation.

The Debtor intends to cooperate fully with the United States Trustee and the Subchapter V Trustee in connection with the pending Motion to Dismiss and any related proceedings, and will not take actions that would result in the accrual of additional unpaid administrative obligations while the Motion is pending.

This Status Report is filed to ensure transparency with the Court regarding the Debtor's current posture and to avoid further accrual of unpaid administrative expenses pending the Court's determination of the appropriate relief.

**Conclusion**

The Debtor respectfully submits this Status Report to advise the Court that continued

operations are not feasible, that administrative insolvency exists, and that the Debtor

intends to seek prompt termination of the case.

Dated: January 15, 2026                              **BUTWINICK LAW OFFICE**

                                                     **/e/ Jeffrey H. Butwinick**
                                                     Jeffrey H. Butwinick, #342208
                                                     7800 Metro Parkway, Suite 300
                                                     Bloomington, MN 55425
                                                     p. 651-210-5055
                                                     jeff@butwinicklaw.com
                                                     Attorney for Debtor

3